IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVON WATTS KIRK, | : | |
| Petitioner, | : | 1:15cv-1942 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent. | : | |

# **ORDER**

**May 31, 2016**

Upon consideration of the Petition (Doc. 1) for Writ of Habeas Corpus, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge